FILED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     v.<br><br>Jessica SHOENFELT,<br><br>                  Defendant. | Case No.: **20MJ9044**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about March 23, 2020, within the Southern District of California, defendant, Jessica SHOENFELT did knowingly and intentionally import 50 grams or more, to wit: approximately 117.4 grams (.0022 pounds), of a mixture and substance containing a detectable amount of methamphetamine a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Richard Lopez, Special Agent
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 26TH DAY OF MARCH, 2020.

_____
HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jessica SHOENFELT

## STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U.S. Homeland Security Investigations Special Agent Richard Lopez.

On March 23, 2020, Jessica SHOENFELT (SHOENFELT) entered the United States at the Calexico, California, West Port of Entry pedestrian lanes. At approximately 10:16 p.m., Customs and Border Protection Officer (CBPO) was conducting inspection at the pedestrian lanes entering the United States. The CBPO was approached by SHOENFELT. SHOENFELT told the CBPO she did not have any documents to identify herself.

The CBPO asked SHOENFELT what her name was, and she stated, Jessica SHOENFELT and gave her date of birth, stating she was a United States Citizen. The CBPO asked SHOENFELT why she did not have any documents on her, and SHOENFELT stated that she recently lost them.

The CBPO asked SHOENFELT where she was going and she stated home to Blythe, California. The CBPO asked SHOENFELT what was the purpose of her going to Mexicali, Mexico, SHOENFELT stated she and her boyfriend went out to Mexico to visit some friends. The CBPO noticed SHOENFELT was repeating all the questions that the CBPO was asking her. The CBPO also noticed SHOENFELT started to become nervous. The CBPO asked SHOENFELT what she was bringing back with her from Mexico. SHOENFELT stated, "Nothing," and her boyfriend was just bringing back some "Viagra."

The CBPO referred SHOENFELT to pedestrian secondary. In pedestrian secondary, the CBPO conducted a pat down of SHOENFELT. The CBPO asked SHOENFELT if she had anything sharp, pokey, or hidden on her body. SHOENFELT stated she did not have anything. During the pat down, the CBPO felt a hard object in SHOENFELT's groin area. The CBPO asked SHOENFELT what was in her groin area; SHOENFELT stated she had "Nothing." The CBPO checked SHOENFELT again and felt the hard object and asked SHOENFELT what the object was. SHOENFELT began to cry and stated she did not want to get into trouble.

The CBP Canine Officer was called and he received an alert from SHOENFELT's groin area. SHOENFELT was taken to a private room and she removed the object from her groin area. The substance was field-tested and the results came back positive for the properties of methamphetamine. The methamphetamine had a total weight of approximately 117.4 grams (.0022 pounds).